# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| ALNYLAM PHARMACEUTICALS, INC.<br><br>*Plaintiff(s)*<br>v.<br><br>MODERNA, INC., MODERNATX, INC., and MODERNA US, INC.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:22-cv-00335-UNA<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   MODERNA, INC.
c/o Registered Agent
The Corporation Trust Company
Corporation Trust Center
1209 N. Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
   Ethan H. Townsend, Esq.
   McDermott Will & Emery LLP
   The Nemours Building
   1007 N. Orange St., 10th Floor
   Wilmington, DE  19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

/s/ John A. Cerino

Date:   March 17, 2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __MODERNA, INC.__

was received by me on *(date)* __March 17, 2022__ .

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __c/o The Corporation Trust Company__, who is designated by law to accept service of process on behalf of *(name of organization)* __MODERNA, INC.__ on *(date)* __March 17,2022__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __March 17,2022__

*Kaitlin Joseph*
*Server's signature*

__Kaitlin Joseph / Courier__
*Printed name and title*

Reliable Companies, 1007 North Orange Street, Suite 110
Wilmington, DE 19801
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS; COMPLAINT FOR PATENT INFRINGEMENT
WITH EXHIBITS 1-19; CIVIL COVER SHEET; RULES 7.1
MODERNA MAGISTRATE CONSENT FORM; MODERNA AO120 PATENT REPORT