# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALNYLAM PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MODERNA, INC., MODERNATX, INC., and MODERNA US, INC., <br><br> Defendants. | C.A. No. 22-cv-335-CFC |

**DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendants Moderna, Inc., ModernaTX, Inc., and Moderna US, Inc., by and through their attorneys, hereby make the following disclosures:

Defendant ModernaTX, Inc. is a wholly-owned subsidiary of Defendant Moderna, Inc.  Defendant Moderna US, Inc. is a wholly-owned subsidiary of Defendant Moderna, Inc.  Defendant Moderna, Inc. is a publicly traded company that has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated: May 23, 2022 | Respectfully submitted, |
| OF COUNSEL: | FARNAN LLP |
| GIBSON, DUNN & CRUTCHER LLP | */s/ Brian E. Farnan* <br> Brian E. Farnan (Bar No. 4089) |
| Jane M. Love, Ph.D. <br> Robert W. Trenchard <br> Emil N. Nachman <br> 200 Park Avenue <br> New York, New York 10166 <br> (212) 351-4000 <br> JLove@gibsondunn.com <br> RTrenchard@gibsondunn.com <br> ENachman@gibsondunn.com | Michael J. Farnan (Bar No. 5165) <br> 919 N. Market Street, 12th Floor <br> Wilmington, Delaware 19801 <br> (302) 777-0300 <br> (302) 777-0301 <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com |
| Anne Y. Brody <br> 333 South Grand Avenue <br> Los Angeles, CA 90071 <br> (213) 229-7000 <br> ABrody@gibsondunn.com | |
| | *Attorneys for Moderna, Inc., ModernaTX, Inc., and Moderna US, Inc.* |

2