## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALNYLAM PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MODERNA, INC., MODERNATX, INC., and MODERNA US, INC., <br><br> Defendants | C.A. No. 22-cv-335-CFC <br> CONSOLIDATED <br><br> **JURY TRIAL DEMANDED** |

### DEFENDANTS' NOTICE OF SUBSEQUENT DEVELOPMENTS IN SUPPORT OF THEIR PARTIAL MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)

Defendants Moderna, Inc., ModernaTX, Inc., and Moderna US, Inc. (collectively "Moderna") file this notice of subsequent developments under District of Delaware Local Rule 7.1.2(b) to advise the Court of the United States Government's interest in Moderna's pending Motion to Dismiss under 28 U.S.C. § 1498. *See* D.I. 11 (Moderna's motion).

In *Arbutus Biopharma Corp. v. Moderna, Inc*., C.A. No. 22-252 (D. Del.), the Government has filed a statement of interest in support of Moderna's Section 1498 motion, which is based on the same government contract at issue in the motion in this case. *Id.* at D.I. 49 (attached hereto as Exhibit 1). Therein, the Government states that the claims targeted by Moderna's motion "should be dismissed," Ex. 1 at

3, because Moderna had the Government's "authorization and consent" to manufacture and use patented inventions, and Moderna's manufacture and sale of COVID-19 vaccine was "for the Government," Ex. 1 at 13. The same reasoning applies here.

DATED: February 15, 2023

OF COUNSEL:
GIBSON, DUNN & CRUTCHER LLP
Jane M. Love, Ph.D.
Robert W. Trenchard
Emil N. Nachman
200 Park Avenue
New York, New York 10166
(212) 351-4000
JLove@gibsondunn.com
RTrenchard@gibsondunn.com
ENachman@gibsondunn.com

Anne Y. Brody
3161 Michelson Drive
Irvine, CA 92612
(949) 451-3800
ABrody@gibsondunn.com

Shuo Josh Zhang
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
(202) 955-8270
SZhang@gibsondunn.com

*Attorneys for Moderna, Inc., ModernaTX, Inc., and Moderna US, Inc.*

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com