## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALNYLAM PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MODERNA, INC., MODERNATX, INC., and MODERNA US, INC., <br><br> Defendants | C.A. No. 22-cv-335-CFC <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANTS' MOTION FOR CLAIM CONSTRUCTION

Defendants respectfully request that the Court adopt its claim construction positions set forth in the Join Claim Construction Chart (D.I. 60).

Dated: March 1, 2023

Respectfully submitted,

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Jane M. Love, Ph.D. (*pro hac vice*)
Robert W. Trenchard (*pro hac vice*)
Emil N. Nachman (*pro hac vice*)

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
(212) 351-4000
JLove@gibsondunn.com
RTrenchard@gibsondunn.com
ENachman@gibsondunn.com

Anne Y. Brody (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7000
ABrody@gibsondunn.com

*Attorneys for Moderna, Inc.,
ModernaTX, Inc., and Moderna US, Inc.*