IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALNYLAM PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MODERNA, INC., MODERNA TX, INC., and MODERNA US, INC., <br><br> Defendants. | C.A. No. 22-cv-335-CFC <br> (CONSOLIDATED) |

[~~PROPOSED~~] ORDER

At Wilmington this __26th__ day of __April__, 2023:

IT IS HEREBY ORDERED that Defendants Moderna, Inc., ModernaTX, Inc. and Moderna US, Inc.'s ("Moderna") request for leave to amend their invalidity contentions to incorporate by reference Pfizer, Inc.'s invalidity contentions served in *Alnylam Pharmaceuticals, Inc. v. Pfizer Inc.*, 22-cv-336-CFC is ~~GRANTED~~ DENIED. for the reasons stated by the court during the argument held this date.

_____
The Honorable Colm F. Connolly
Chief United States District Judge