

August 8, 2023

**VIA E-FILING**
The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31, Room 4124
Wilmington, DE 19801-3555

      Re:   *Alnylam Pharmaceuticals, Inc. v. Moderna, Inc., et al.*
            <u>C.A. No. 22-cv-335-CFC</u>

Dear Chief Judge Connolly:

    In preparation for the *Markman* hearing this Wednesday, August 9, 2023, Defendants would like to apprise the Court of an error in our portion of the Joint Claim Construction Brief (D.I. 95). At page 43, in quoting *In re Abbott Diabetes Care Inc.,* 696 F.3d 1142, 1150 (Fed. Cir. 2012), we mistakenly noted that the case reversed the district court when, in fact, it was the Patent Office, and we mistakenly ended the quote with a period rather than ellipse. The remaining portion of the sentence from the quote reads "while simultaneously disparaging sensors with external cases or wires."

    We are available at the Court's convenience should Your Honor have any questions.

                              Respectfully submitted,

                              /s/ Michael J. Farnan

                              Michael J. Farnan

cc: Counsel of Record (Via E-Filing)