

August 10, 2023

**VIA E-FILING**
The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31, Room 4124
Wilmington, DE 19801-3555

    Re:    **_Alnylam Pharmaceuticals, Inc. v. Moderna Inc., et al._, C.A. No. 22-335-CFC**

Dear Chief Judge Connolly,

    Pursuant to the Court's request, enclosed please find Defendants' slide presentation used during the August 9, 2023 _Markman_ hearing.

    We are available at the Court's convenience to discuss this matter further.

    Respectfully submitted,

    /s/ Michel J. Farnan

    Michael J. Farnan

enclosure
cc: Counsel of Record (via E-File)