IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALNYLAM PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 22-cv-335-CFC (CONSOLIDATED) |
| v. | ) ) | |
| MODERNA, INC., MODERNATX, INC., and MODERNA US, INC., | ) ) ) ) | |
| Defendants. | ) ) ) | |

## [PROPOSED] CLAIM CONSTRUCTION ORDER

The Court, having considered the parties' briefing on claim construction (D.I. 95), and in accordance with the reasoning set forth during the claim construction hearing on August 9, 2023 (D.I. 115), and the Court's subsequent August 9, 2023 Order (D.I. 114), IT IS HEREBY ORDERED that the terms of U.S. Patent Nos. 11,246,933 (the "'933 Patent") and 11,382,979 (the "'979 Patent") set forth below are construed as follows:

| Claim Term | Claim Number(s) | Construction |
|---|---|---|
| "cationic lipid" | All asserted claims of the '933 Patent<br><br>All asserted claims of the '979 Patent | Plain and ordinary meaning, which is "a lipid that is positively charged or that may be protonated at physiological pH" |
| "branched alkyl" | All asserted claims of the '933 Patent | "A saturated hydrocarbon moiety group in which one carbon atom |

| Claim Term | Claim Number(s) | Construction |
|---|---|---|
| "branched $C_{10}$-$C_{20}$ alkyl" | All asserted claims of the '933 Patent<br><br>All asserted claims of the '979 Patent | in the group (1) is bound to at least three other carbon atoms, and (2) is not a ring atom of a cyclic group."<br><br>"A saturated hydrocarbon moiety group with 10 to 20 carbon atoms and in which one carbon atom in the group (1) is bound to at least three other carbon atoms, and (2) is not a ring atom of a cyclic group" |
| "$R^{13}$ is a branched $C_{10}$-$C_{20}$ alkyl" | | "$R^{13}$ is a saturated hydrocarbon moiety group with 10 to 20 carbon atoms and in which one carbon atom in the group (1) is bound to at least three other carbon atoms and (2) is not a ring atom of a cyclic group." |

Further, the parties have agreed to the following constructions, as set forth in the Joint Claim Construction Brief (D.I. 95):

| Term | Agreed Construction |
|---|---|
| "directly bonded" | "Covalently bonded without any intervening atoms" |
| "primary group" | "the head group and central moiety" |
| "optionally comprises a primary, secondary, or tertiary amine" | "may or may not contain an amine, where the amine may be primary, secondary, or tertiary" |
| "where the branching occurs at the α-position relative to the [biodegradable/ester] group" | "where the branching occurs at a carbon atom next to the [biodegradable/ester] group" |
| "nucleic acid" | "a molecule composed of nucleotides, including modified nucleotides" |
| "an RNA" | "comprising ribonucleic acid" |

The construction of the term "head group" is held in abeyance until such time as this Court conducts an additional hearing as discussed during the August 9, 2023 hearing, if necessary.

| McDermott Will & Emery LLP | Farnan LLP |
|---|---|
| /s/ *Ethan H. Townsend* <br> Ethan H. Townsend (#5813) <br> The Nemours Building <br> 1007 North Orange Street, 10th Floor <br> Wilmington, DE 19801 <br> Tel.: (302) 888-3911 <br> ehtownsend@mwe.com <br><br> Of Counsel: <br><br> William G. Gaede, III <br> Anisa Noorassa <br> McDermott Will & Emery LLP <br> 415 Mission Street, Suite 5600 <br> San Francisco, CA 94105 <br><br> Sarah Chapin Columbia <br> Sarah J. Fischer <br> McDermott Will & Emery LLP <br> 200 Clarendon Street, Floor 58 <br> Boston, MA 02116-5021 <br><br> Ian B. Brooks <br> Timothy M. Dunker <br> McDermott Will & Emery LLP <br> 500 N. Capitol Street NW <br> Washington, DC 20003 | /s/ *Michael J. Farnan* <br> Brian E. Farnan (#4089) <br> Michael J. Farnan (#5165) <br> 919 N. Market Street, 12th Floor <br> Wilmington, Delaware 19801 <br> Tel.: (302) 777-0300 <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com <br><br> Of Counsel: <br><br> Elizabeth M. Flanagan (#5891) <br> Brianna Lee Chamberlin <br> Cooley LLP <br> 30 South 9th Street, 7th Floor <br> Minneapolis, MN 55402 <br><br> W. Chad Shear (#5711) <br> Geoffrey D. Biegler <br> Cooley LLP <br> 10265 Science Center Drive <br> San Diego, CA 92121 <br><br> Elizabeth L. Stameshkin <br> Angela Madrigal <br> Cooley LLP <br> 3175 Hanover Street <br> Palo Alto, CA 94304 |

- 4 -

Bhanu K. Sadasivan, Ph.D.
McDermott Will & Emery LLP
650 Live Oak Avenue, Suite 300
Menlo Park, CA 94025-4885

*Attorneys for Plaintiff*
*Alnylam Pharmaceuticals, Inc.*

*Attorneys for Moderna, Inc.,*
*ModernaTX, Inc., and Moderna US,*
*Inc.*

Dated: August 16, 2023

IT IS SO ORDERED this 21st day of August, 2023.

_____
Chief Judge Colm F. Connolly