IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALNYLAM PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MODERNA, INC., MODERNATX, INC., and MODERNA US, INC., <br><br> Defendants. | ) ) ) ) ) C.A. No. 22-335-CFC ) (CONSOLIDATED) ) ) ) ) ) ) ) ) ) |

## [PROPOSED] FINAL JUDGMENT

Pursuant to and for the reasons set forth in Plaintiff Alnylam Pharmaceuticals, Inc. ("Alnylam") and Defendants Moderna, Inc., ModernaTX, Inc., and Moderna US, Inc.'s (collectively, "Moderna") August 25, 2023 Stipulation And Joint Motion For Entry Of Final Judgment Of Non-Infringement ("Stipulation"), the Court ENTERS FINAL JUDGMENT of:

1. non-infringement of all asserted claims of U.S. Patent No. 11,246,933 ("the '933 Patent") and U.S. Patent No. 11,382,979 ("the '979 Patent") (collectively, the "Patents-in-Suit") in view of the Court's Claim Construction Order (D.I. 125).

The Court also DISMISSES WITHOUT PREJUDICE Moderna's affirmative defenses and counterclaims.

- 2 -

Each party is to bear its own costs and attorneys' fees incurred through the date of the Stipulation.

This is a final, appealable judgment.

**IT IS SO ORDERED.**

SO ORDERED, this 30th day of August, 2023.

_____
United States District Judge