# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALNYLAM PHARMACEUTICALS, INC.<br><br>Plaintiff,<br>v.<br><br>MODERNA, INC., MODERNATX, INC., and MODERNA US, INC.<br><br>Defendants. | Civil Action No. 22-cv-335-CFC (CONSOLIDATED) |

## PLAINTIFF ALNYLAM PHARMACEUTICALS, INC.'S
## NOTICE OF APPEAL TO
## THE U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

OF COUNSEL:

William G. Gaede, III
MCDERMOTT WILL & EMERY LLP
415 Mission Street, Suite 5600
San Francisco, CA 94105

Sarah Chapin Columbia
Sarah J. Fischer
MCDERMOTT WILL & EMERY LLP
200 Clarendon Street, Floor 58
Boston, MA 02116-5021

Ian B. Brooks
MCDERMOTT WILL & EMERY LLP
500 N. Capitol Street NW
Washington, DC 20003

Bhanu K. Sadasivan, Ph.D.
MCDERMOTT WILL & EMERY LLP
650 Live Oak Avenue, Suite 300
Menlo Park, CA 94025-4885

MCDERMOTT WILL & EMERY LLP

Ethan H. Townsend (#5813)
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, DE 19801
(302) 485-3911
ehtownsend@mwe.com

*Attorneys for Plaintiff Alnylam Pharmaceuticals, Inc.*

Notice is hereby given that Plaintiff and Counter-Defendant Alnylam Pharmaceuticals, Inc. hereby appeals to the United States Court of Appeals for the Federal Circuit the Final Judgement of the district court in the above-captioned matter, all other judgments, rulings, opinions, decisions, and orders merged therein, and all other appealable prior or underlying orders, rulings, and findings, including the August 9, 2023 Order (D.I. 114) and the August 21, 2023 claim construction order (D.I. 125).

OF COUNSEL:

William G. Gaede, III
Anisa Noorassa
MCDERMOTT WILL & EMERY LLP
415 Mission Street, Suite 5600
San Francisco, CA 94105
(650) 815-7400

Sarah Chapin Columbia
Sarah J. Fischer
MCDERMOTT WILL & EMERY LLP
200 Clarendon Street, Floor 58
Boston, MA 02116-5021
(617) 535-4000

Ian B. Brooks
Timothy Dunker
MCDERMOTT WILL & EMERY LLP
500 N. Capitol Street NW
Washington, DC 20003
(202) 756-8000

Bhanu K. Sadasivan, Ph.D.
MCDERMOTT WILL & EMERY LLP
650 Live Oak Avenue, Suite 300
Menlo Park, CA 94025-4885
(650) 815-7537

Dated: August 31, 2023

MCDERMOTT WILL & EMERY LLP

/s/ *Ethan H. Townsend*
Ethan H. Townsend (#5813)
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, DE 19801
(302) 485-3910
ehtownsend@mwe.com

*Attorneys for Alnylam Pharmaceuticals, Inc.*